LEONARD PAULSON et al., Doing Business under the Firm Name of PAULSON, LINKROUM & COMPANY, Respondents, *v.* JESSE V. PALMER COMPANY, Appellant.

*Paulson* v. *Palmer Co.,* 169 App. Div. 930, affirmed.
(Argued December 11, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1915, *unanimously* affirming a judgment in favor of plaintiffs entered upon a verdict. This action was brought by the plaintiffs, sellers, to recover damages against the defendant, purchaser, for failure to accept an undelivered balance on two contracts made between the parties for the purchase and sale of cotton yarn. By its amended answer the defendant

admitted the allegations with reference to the making of the contract and the amount of yarn which the defendant took, and that on or about May 27, 1911, it requested plaintiffs to stop all deliveries of yarn for about two weeks on account of strike or labor troubles in defendant's factory, but denied every other allegation in the complaint. For a separate defense it alleged that on or about June 15, 1911, it canceled the contracts referred to in the complaint and terminated the same and notified plaintiffs not to ship any more yarn under said contracts, and declined to accept further deliveries of yarn under said contracts on account of the continued strike of laborers in defendant's factory and the consequent shutting down of defendant's mill.

*Herbert Van Kirk* and *Edward J. Welch* for appellant. *Henry A. Rubino* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.